## UNITED STATES DISTRICT COURT
## FOR THE
## NORTHER DISTRICT OF OHIO

| | |
|---|---|
| **ELIZABETH HARTSELL,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) Case No.: 4:17-cv-02267-BYP |
| **TRANSWORLD SYSTEMS, INC.,** | ) |
|     **Defendant.** | ) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

    NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: August 3, 2018          BY: */s/ Amy L. Bennecoff Ginsburg*
                                                       Amy L. Bennecoff Ginsburg, Esquire
                                                       Kimmel & Silverman, P.C.
                                                       30 E. Butler Avenue
                                                       Ambler, PA 19002
                                                       Phone: (215) 540-8888
                                                       Facsimile: (877) 788-2864
                                                       Email: aginsburg@creditlaw.com
                                                       Attorney for the Plaintiff

## Certificate of Service

I hereby certify that on this 3rd day of August, 2018, a true and correct copy of the foregoing pleading served via ECF to the below:

R. Glenn Knirsch
Sessions, Fishman, Nathan & Israel, LLC
2647 Eaton Road
University Heights, OH 44118
Phone: (216) 410-8739
Email: rgknirsch@sessions.legal

                                                */s/ Amy L. Bennecoff Ginsburg*
                                                Amy L. Bennecoff Ginsburg, Esquire
                                                Kimmel & Silverman, P.C.
                                                30 E. Butler Avenue
                                                Ambler, PA 19002
                                                Phone: (215) 540-8888
                                                Facsimile: (877) 788-2864
                                                Email: aginsburg@creditlaw.com
                                                Attorney for the Plaintiff