PEARSON, J.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| ELIZABETH HARTSELL, ) | |
| ) | CASE NO. 4:17CV2267 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| TRANSWORLD SYSTEMS, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | **ORDER OF DISMISSAL** |

On August 3, 2018, counsel for Plaintiff filed a Notice of Settlement informing the Court that the parties have reached a settlement.  ECF No. 20.  Therefore, the docket shall be marked "settled and dismissed without prejudice."

On or before October 2, 2018, the parties shall submit a proposed and executed Stipulation and Order of Dismissal with Prejudice, which, if approved, shall supersede this order.

The Order referring case to Magistrate Judge George J. Limbert for mediation/settlement (ECF No. 12) is vacated.  Accordingly, the mediation scheduled before Magistrate Judge George J. Limbert (*see* ECF No. 14) is cancelled.

The Telephonic Status Conference set on August 9, 2018 is cancelled.

IT IS SO ORDERED.

| | |
|---|---|
|  August 6, 2018 | */s/ Benita Y. Pearson* |
| Date | Benita Y. Pearson |
| | United States District Judge |