## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| ELIZABETH HARTSELL, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No.: 4:17-cv-02267-BYP |
| | ) |
| TRANSWORLD SYSTEMS, INC., | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and with each party to bear its own costs and fees.

*/s/ Dayle Van Hoose*                */s/ Amy L. Bennecoff Ginsburg*

Dayle Van Hoose , Esq                Amy L. Bennecoff Ginsburg, Esq.
Sessions, Fishman, Nathan & Israel, LLC    Kimmel & Silverman, P.C.
3350 Buschwood Park Drive            30 East Butler Pike
Suite 195                            Ambler, PA 19002
Tampa FL 33618                       Phone: 215-540-8888
Phone:  (813) 890-2463               Fax: 877-788-2864
Email:  dvanhoose@sessions.legal     Email: aginsburg@creditlaw.com
Attorney for the Defendant           Attorney for Plaintiff

Date: August 24, 2018                Date: August 24, 2018


BY THE COURT:

_____
                                                   J.

**Certificate of Service**

      I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 24th day of August, 2018:

Dayle Van Hoose , Esq
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Drive
Suite 195
Tampa FL 33618
Phone:  (813) 890-2463
Email:  dvanhoose@sessions.legal
Attorney for the Defendant

                                                                  */s/ Amy L. Bennecoff Ginsburg*
                                                                  Amy L Bennecoff Ginsburg, Esq.
                                                                  Kimmel & Silverman, P.C.
                                                                  30 East Butler Pike
                                                                  Ambler, PA 19002
                                                                  Phone: 215-540-8888
                                                                  Fax: 877-788-2864
                                                                  Email: aginsburg@creditlaw.com
                                                                  Attorney for the Plaintiff